IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISON

MARCUS SMITH )
    Plaintiff, )
                       ) Civil Action No. 3:23-cv-3006-HTW-LGI
v. )
                       )
TRANSUNION, LLC )
    Defendant. )
                       )
                       )

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff represents that Plaintiff and Defendant TransUnion, LLC has reached a settlement agreement and needs approximately thirty (30) days to fulfill the settlement terms. May the Court so enter an Order holding these Proceedings in abeyance as to Defendant TransUnion, LLC for thirty (30) days to allow the parties to submit closing documents.

Dated: November 2, 2023

Respectfully submitted,

By: /s/ Marcus Smith
Marcus Smith – Pro Se
124 Davis Ave.
Canton, MS 39046
(662) 836-6012 or
(662) 299-6106
Marcussmith601298@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, using the electronic Case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

Dated: November 2, 2023

Respectfully submitted,

By: /s/ Marcus Smith

Marcus Smith – Pro Se